UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: BLACK, ROBERT R | § | Case No. 11-16998-BAM |
| BLACK, KELLY J | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 05, 2011. The undersigned trustee was appointed on May 05, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $          4,730.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 30.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 4,700.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/16/2012 and the deadline for filing governmental claims was 11/01/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,182.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,182.50, for a total compensation of $1,182.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $483.90, for total expenses of $483.90.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/02/2013        By: /s/Joseph B. Atkins, Trustee
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-16998-BAM  
**Case Name:** BLACK, ROBERT R  
BLACK, KELLY J  
**Period Ending:** 04/02/13

**Trustee:** (480040) Joseph B. Atkins, Trustee  
**Filed (f) or Converted (c):** 05/05/11 (f)  
**§341(a) Meeting Date:** 06/08/11  
**Claims Bar Date:** 04/16/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  10000 Moon Valley Place, Las Vegas, NV 89135 | 1,750,000.00 | 0.00 | | 0.00 | FA |
| 2  Furniture located at 10000 Moon Valley Place Las     per settlement agreement, all assets reduced by 82% | 30,000.00 | 1,800.00 | | 1,800.00 | FA |
| 3  Misc. clothing | 8,000.00 | 0.00 | | 0.00 | FA |
| 4  Misc. Jewelry     per settlement agreement, all assets reduced by 82% | 10,000.00 | 911.00 | | 911.00 | FA |
| 5  Two (2) mountain bikes, misc. fishing/Hunting an     per settlement agreement, all assets reduced by 82% | 7,500.00 | 5,974.00 | | 334.00 | FA |
| 6  Tool chest with misc. tools.     per settlement agreement, all assets reduced by 82% | 1,000.00 | 303.00 | | 153.00 | FA |
| 7  Berreta 686 20/28 gauge firearm     per settlement agreement, all assets reduced by 82% | 500.00 | 0.00 | | 148.00 | FA |
| 8  Browning shotgun 12 gauge     cannot use (a); per settlement agreement, all assets reduced by 82% | 500.00 | 0.00 | | 126.00 | FA |
| 9  Browning 20 guage shotgun     cannot use (a); per settlement agreement, all assets reduced by 82% | 500.00 | 0.00 | | 129.00 | FA |
| 10 Winchester 30/30     cannot use (a); per settlement agreement, all assets reduced by 82% | 600.00 | 190.00 | | 90.00 | FA |
| 11 Winchester 1894 model 30/30     cannot use (a); per settlement agreement, all assets reduced by 82% | 50.00 | 0.00 | | 31.00 | FA |
| 12 Bennelli Super Black Eagel 12 guage     cannot use (a); per settlement agreement, all assets reduced by 82% | 400.00 | 0.00 | | 117.00 | FA |
| 13 Benneli Super Black Eagle, DU edition | 300.00 | 0.00 | | 126.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 11-16998-BAM | **Trustee:** (480040) | Joseph B. Atkins, Trustee |
| **Case Name:** BLACK, ROBERT R | **Filed (f) or Converted (c):** | 05/05/11 (f) |
| BLACK, KELLY J | **§341(a) Meeting Date:** | 06/08/11 |
| **Period Ending:** 04/02/13 | **Claims Bar Date:** | 04/16/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | per settlement agreement, all assets reduced by 82% | | | | | |
| 14 | Remington 6 MM w/scope | 500.00 | 0.00 | | 0.00 | FA |
| 15 | Browning BPS 10 guage shotgun<br>    per settlement agreement, all assets reduced by 82% | 300.00 | 0.00 | | 126.00 | FA |
| 16 | Browning BPS 12 guage shotgun<br>    per settlement agreement, all assets reduced by 82% | 250.00 | 0.00 | | 90.00 | FA |
| 17 | Remington 870 12 guage<br>    per settlement agreement, all assets reduced by 82% | 50.00 | 0.00 | | 45.00 | FA |
| 18 | Marlin 1894 357 gun<br>    per settlement agreement, all assets reduced by 82% | 200.00 | 0.00 | | 58.00 | FA |
| 19 | Winchester Model 100 .308<br>    per settlement agreement, all assets reduced by 82% | 150.00 | 0.00 | | 40.00 | FA |
| 20 | 44 Magnum handgun Camo w/scope<br>    per settlement agreement, all assets reduced by 82% | 300.00 | 0.00 | | 85.00 | FA |
| 21 | Gun safe<br>    per settlement agreement, all assets reduced by 82% | 400.00 | 0.00 | | 108.00 | FA |
| 22 | Guardian Life Insurance Policy # 3990 Debtor has | 142,390.44 | 0.00 | | 0.00 | FA |
| 23 | Guardian life insurance policy Policy # 1449 Deb | 208,705.15 | 0.00 | | 0.00 | FA |
| 24 | Land Barons of Las Vegas, Ltd. | Unknown | 0.00 | | 0.00 | FA |
| 25 | Park Plaza, LLC Entity is in default | Unknown | 0.00 | | 0.00 | FA |
| 26 | Valle Roma, LLC Entity has been Permanently Revo | Unknown | 0.00 | | 0.00 | FA |
| 27 | Bombay Land Company, LLC Entity status is revoke | Unknown | 0.00 | | 0.00 | FA |
| 28 | Sunbelt R.V. and Boat Storage, LLC Entity in def | Unknown | 0.00 | | 0.00 | FA |
| 29 | Paloma, LLC Entity in default | Unknown | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-16998-BAM  
**Case Name:** BLACK, ROBERT R  
BLACK, KELLY J  
**Period Ending:** 04/02/13

**Trustee:** (480040) Joseph B. Atkins, Trustee  
**Filed (f) or Converted (c):** 05/05/11 (f)  
**§341(a) Meeting Date:** 06/08/11  
**Claims Bar Date:** 04/16/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 30 | Randango, LLC Entity is active | Unknown | 0.00 | | 0.00 | FA |
| 31 | $75,000, LLC Entity is active | Unknown | 0.00 | | 0.00 | FA |
| 32 | Canyon Row, LLC Entity is in default | Unknown | 0.00 | | 0.00 | FA |
| 33 | Westhill, LLC Entity is in default | Unknown | 0.00 | | 0.00 | FA |
| 34 | Not Our Fault, LLC Entity is active | Unknown | 0.00 | | 0.00 | FA |
| 35 | Canyon Row II, LLC Entity is active | Unknown | 0.00 | | 0.00 | FA |
| 36 | Don't Fence Me In, LLC Entity is in default stat | Unknown | 0.00 | | 0.00 | FA |
| 37 | Paramount Professional Plaza II, LLC Entity is i | Unknown | 0.00 | | 0.00 | FA |
| 38 | River Crossings, LLC Entity is in default status | Unknown | 0.00 | | 0.00 | FA |
| 39 | Town Center Crossing, LLC Entity is active | Unknown | 0.00 | | 0.00 | FA |
| 40 | GV Parkway, LLC Entity is in default status | Unknown | 0.00 | | 0.00 | FA |
| 41 | Auteri's R.V. Park at Eagle Mine, LLC Entity is | Unknown | 0.00 | | 0.00 | FA |
| 42 | Sultan Sea Shrimp Co., LLC Entity is in default | Unknown | 0.00 | | 0.00 | FA |
| 43 | St George Air Parc IV, LLC Entity is in default | Unknown | 0.00 | | 0.00 | FA |
| 44 | Land Baron Investments, Inc. Entity is in active | Unknown | 0.00 | | 0.00 | FA |
| 45 | Red Rock Canyon Estates, LLC Entity is in active | Unknown | 0.00 | | 0.00 | FA |
| 46 | Canyon Row IV, LLC Entity is in default status | Unknown | 0.00 | | 0.00 | FA |
| 47 | Sadie Creek Commons, LLC Entity is in active sta | Unknown | 0.00 | | 0.00 | FA |
| 48 | Eagle Partners, LLC Entity is in active status | Unknown | 0.00 | | 0.00 | FA |
| 49 | Arenoso Valle I, LLC Entity is in default status | Unknown | 0.00 | | 0.00 | FA |
| 50 | Chicken & The Egg, LLC Entity is in default stat | Unknown | 0.00 | | 0.00 | FA |
| 51 | Sol Mate, LLC Entity is in active status | Unknown | 0.00 | | 0.00 | FA |
| 52 | Strawberry Shortcake, LLC Entity is in active st | Unknown | 0.00 | | 0.00 | FA |
| 53 | De La Sol, LLC Entity is in default status | Unknown | 0.00 | | 0.00 | FA |
| 54 | Monster Too, LLC Entity is in default status | Unknown | 0.00 | | 0.00 | FA |
| 55 | Southern Crossroads, LLC Entity is in default st | Unknown | 0.00 | | 0.00 | FA |
| 56 | Peter Peter Cotton Tail, LLC Entity is in Active | Unknown | 0.00 | | 0.00 | FA |

Exhibit A

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-16998-BAM  
**Case Name:** BLACK, ROBERT R  
BLACK, KELLY J  
**Period Ending:** 04/02/13

**Trustee:**  (480040)  Joseph B. Atkins, Trustee  
**Filed (f) or Converted (c):** 05/05/11 (f)  
**§341(a) Meeting Date:** 06/08/11  
**Claims Bar Date:** 04/16/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 57 | Sol Sista Too, LLC Entity is in Default Status | Unknown | 0.00 | | 0.00 | FA |
| 58 | Keep On Truckin', LLC Entity is in Default Statu | Unknown | 0.00 | | 0.00 | FA |
| 59 | Nothing Left To Prove, LLC Entity is in Active S | Unknown | 0.00 | | 0.00 | FA |
| 60 | Silverleaf Homeowners' Association Entity is in | Unknown | 0.00 | | 0.00 | FA |
| 61 | Heavyweight Bass Classic, LLC Entity status is R | Unknown | 0.00 | | 0.00 | FA |
| 62 | Wize Acres, LLC Entity Status is Revoked | Unknown | 0.00 | | 0.00 | FA |
| 63 | Plymouth Rock, LLC Entity status is Active | Unknown | 0.00 | | 0.00 | FA |
| 64 | Arenoso Valle II, LLC Entity status is Active | Unknown | 0.00 | | 0.00 | FA |
| 65 | RNS Land Holdings, LLC Entity status is Active | Unknown | 0.00 | | 0.00 | FA |
| 66 | Canyon Row V, LLC Entity is in Default Status | Unknown | 0.00 | | 0.00 | FA |
| 67 | Durango Town Center, LLC Entity is in Default St | Unknown | 0.00 | | 0.00 | FA |
| 68 | Patrick Office Park, LLC Entity is in Active Sta | Unknown | 0.00 | | 0.00 | FA |
| 69 | Sunbelt On Ramp V, LLC Entity is in Default Stat | Unknown | 0.00 | | 0.00 | FA |
| 70 | The Curve Development Company, LLC Entity is in | Unknown | 0.00 | | 0.00 | FA |
| 71 | Turneround, LLC Entity is in Default Status | Unknown | 0.00 | | 0.00 | FA |
| 72 | Monster One, LLC Entity is in Default Status | Unknown | 0.00 | | 0.00 | FA |
| 73 | Corner Pocket, LLC Entity is in Active Status | Unknown | 0.00 | | 0.00 | FA |
| 74 | Saribeth, LLC Entity is in Active Status | Unknown | 0.00 | | 0.00 | FA |
| 75 | Blackboards, LLC Entity is in Active Status | Unknown | 0.00 | | 0.00 | FA |
| 76 | Assembellagio, LLC Entity is Permanently Revoked | Unknown | 0.00 | | 0.00 | FA |
| 77 | Ganix Bio-Technologies, LLC Entity is dissolved | Unknown | 0.00 | | 0.00 | FA |
| 78 | Buy the Buckets, LLC Entity is Revoked | Unknown | 0.00 | | 0.00 | FA |
| 79 | The FOCB Limited Partnership Entity is in Defaul | Unknown | 0.00 | | 0.00 | FA |
| 80 | Land Baron Investments, Inc. Entity is in Active | Unknown | 0.00 | | 0.00 | FA |
| 81 | Sagebrush Cantina, LLC Entity is in Default Stat | Unknown | 0.00 | | 0.00 | FA |
| 82 | Cool Clear Water, LLC Entity is in Default Statu | Unknown | 0.00 | | 0.00 | FA |
| 83 | Regena North, LLC Entity is in Active Status | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-16998-BAM  
**Case Name:** BLACK, ROBERT R  
               BLACK, KELLY J  
**Period Ending:** 04/02/13

**Trustee:** (480040) Joseph B. Atkins, Trustee  
**Filed (f) or Converted (c):** 05/05/11 (f)  
**§341(a) Meeting Date:** 06/08/11  
**Claims Bar Date:** 04/16/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 84 | Bond & Oakridge, LLC Entity is in Default Status | Unknown | 0.00 | | 0.00 | FA |
| 85 | Arenoso Valle II, LLC Entity is in Active Status | Unknown | 0.00 | | 0.00 | FA |
| 86 | Sol Mate Too, LLC Entity is in Active Status | Unknown | 0.00 | | 0.00 | FA |
| 87 | French Fryes, LLC Entity is in Active Status | Unknown | 0.00 | | 0.00 | FA |
| 88 | Lofty Digs, LLC Entity is in Default Status | Unknown | 0.00 | | 0.00 | FA |
| 89 | Bio-Envirofuel, LLC Entity is Dissolved | Unknown | 0.00 | | 0.00 | FA |
| 90 | 303 Row I, LLC Entity is in Active Status | Unknown | 0.00 | | 0.00 | FA |
| 91 | RBWJB, LLC Entity is Permanently Revoked | Unknown | 0.00 | | 0.00 | FA |
| 92 | Joe Dirt, LLC | Unknown | 0.00 | | 0.00 | FA |
| 93 | Decatur Diamond, LLC | Unknown | 0.00 | | 0.00 | FA |
| 94 | Landscapades, Inc. | Unknown | 0.00 | | 0.00 | FA |
| 95 | this Land Is Our Land Limited Liability Company | Unknown | 0.00 | | 0.00 | FA |
| 96 | Dureno, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 97 | Decatur Diamond, LLC | Unknown | 0.00 | | 0.00 | FA |
| 98 | Bermuda & The Boulevard, LLC | Unknown | 0.00 | | 0.00 | FA |
| 99 | Land Baron Pension Investments, LLC | Unknown | 0.00 | OA | 0.00 | FA |
| 100 | Western States Limited Partnership | Unknown | 0.00 | | 0.00 | FA |
| 101 | Cliff Shadows Professional Plaza, LLC | Unknown | 0.00 | | 0.00 | FA |
| 102 | Western States Advisors, LLC | Unknown | 0.00 | | 0.00 | FA |
| 103 | Rainbow Partners, LLC | Unknown | 0.00 | | 0.00 | FA |
| 104 | Landscapades, Inc. | Unknown | 0.00 | | 0.00 | FA |
| 105 | Robert Black, Jr., PC | Unknown | 0.00 | | 0.00 | FA |
| 106 | Berken NRG, LLC | Unknown | 0.00 | | 0.00 | FA |
| 107 | Epic Investment Group, LLC | Unknown | 0.00 | | 0.00 | FA |
| 108 | Rainbow Partners, LLC | Unknown | 0.00 | | 0.00 | FA |
| 109 | Alex Coleman, LLC | Unknown | 0.00 | | 0.00 | FA |
| 110 | K.O.R.E., Inc. | Unknown | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 6

**Case Number:** 11-16998-BAM  
**Case Name:** BLACK, ROBERT R  
                 BLACK, KELLY J  
**Period Ending:** 04/02/13

**Trustee:** (480040) Joseph B. Atkins, Trustee  
**Filed (f) or Converted (c):** 05/05/11 (f)  
**§341(a) Meeting Date:** 06/08/11  
**Claims Bar Date:** 04/16/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 111 | French Fryes, LLC | Unknown | 0.00 | | 0.00 | FA |
| 112 | Javo Beverage Company Entity declarared bankrupt | Unknown | 0.00 | | 0.00 | FA |
| 113 | White Light Entertainment, Inc. Approximately 17 | Unknown | 0.00 | | 0.00 | FA |
| 114 | Ganix, Inc. Approximately 1,751,708 shares | Unknown | 0.00 | | 0.00 | FA |
| 115 | VBI 2000, LLC Technology company Approximately 0 | Unknown | 0.00 | | 0.00 | FA |
| 116 | 2005 Ford Excursion Ok condition 110k miles | 12,785.00 | 0.00 | | 0.00 | FA |
| 117 | Golf Cart Twenty-five (25) years old Not operati<br>   per settlement agreement, all assets reduced by 82% | 500.00 | 0.00 | | 213.00 | FA |
| 118 | 2008 Cadillac Escalade Good condition 25k miles | 36,675.00 | 0.00 | | 0.00 | FA |
| 119 | Office desk and computer | 2,500.00 | 0.00 | | 0.00 | FA |
| 120 | Misc. art located at 10000 Moon Valley Place Las | 5,500.00 | 0.00 | | 0.00 | FA |
| 121 | Alien Tequila Spirits Company, LLC Minority owne | Unknown | 0.00 | | 0.00 | FA |
| 122 | Counter claim in the lawsuit captioned | Unknown | 0.00 | | 0.00 | FA |
| 122 | **Assets**   **Totals** (Excluding unknown values) | **$2,220,555.59** | **$9,178.00** | | **$4,730.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    NFR, ORDER TDR

    ****** 3 BOXES OF FILES IN STORAGE ROOM ********

**Initial Projected Date Of Final Report (TFR):**    May 30, 2013        **Current Projected Date Of Final Report (TFR):**    April 3, 2013  (Actual)

Printed: 04/02/2013 09:20 AM     V.13.13

Exhibit B

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-16998-BAM | | Trustee: | Joseph B. Atkins, Trustee (480040) |
|---|---|---|---|---|
| Case Name: | BLACK, ROBERT R | | Bank Name: | Rabobank, N.A. |
| | BLACK, KELLY J | | Account: | ****049166 - Checking Account |
| Taxpayer ID #: | **-***6291 | | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 04/02/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/14/13 | | ROBERT BLACK JR | | | 4,730.00 | | 4,730.00 |
| | {2} | | 1,800.00 | 1129-000 | | | 4,730.00 |
| | {4} | | 911.00 | 1129-000 | | | 4,730.00 |
| | {5} | | 334.00 | 1129-000 | | | 4,730.00 |
| | {6} | | 153.00 | 1129-000 | | | 4,730.00 |
| | {7} | | 148.00 | 1129-000 | | | 4,730.00 |
| | {8} | | 126.00 | 1129-000 | | | 4,730.00 |
| | {9} | | 129.00 | 1129-000 | | | 4,730.00 |
| | {10} | | 90.00 | 1129-000 | | | 4,730.00 |
| | {11} | | 31.00 | 1129-000 | | | 4,730.00 |
| | {12} | | 117.00 | 1129-000 | | | 4,730.00 |
| | {13} | | 126.00 | 1129-000 | | | 4,730.00 |
| | {15} | | 126.00 | 1129-000 | | | 4,730.00 |
| | {16} | | 90.00 | 1129-000 | | | 4,730.00 |
| | {17} | | 45.00 | 1129-000 | | | 4,730.00 |
| | {18} | | 58.00 | 1129-000 | | | 4,730.00 |
| | {19} | | 40.00 | 1129-000 | | | 4,730.00 |
| | {20} | | 85.00 | 1129-000 | | | 4,730.00 |
| | {21} | | 108.00 | 1129-000 | | | 4,730.00 |
| | {117} | | 213.00 | 1129-000 | | | 4,730.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 4,720.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 4,710.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 4,700.00 |
| | | | ACCOUNT TOTALS | | 4,730.00 | 30.00 | $4,700.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,730.00 | 30.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,730.00** | **$30.00** | |

{} Asset reference(s)

Printed: 04/02/2013 09:20 AM    V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 11-16998-BAM | **Trustee:** Joseph B. Atkins, Trustee (480040) |
| **Case Name:** BLACK, ROBERT R | **Bank Name:** Rabobank, N.A. |
| BLACK, KELLY J | **Account:** ****049166 - Checking Account |
| **Taxpayer ID #:** **-***6291 | **Blanket Bond:** $3,000,000.00 (per case limit) |
| **Period Ending:** 04/02/13 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 4,730.00 | | | | |
| | | Net Estate : | $4,730.00 | | | | |

| | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | | |
| | Checking # ****049166 | | 4,730.00 | 30.00 | 4,700.00 |
| | | | $4,730.00 | $30.00 | $4,700.00 |

{} Asset reference(s)                                                                                                         Printed: 04/02/2013 09:20 AM    V.13.13

# Court Claims Register

### Case:  11-16998-BAM        BLACK, ROBERT R

Claims Bar Date:   04/16/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Ally Financial<br>P.O. Box 130424<br><br>Roseville, MN 55113<br><br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>06/10/11 | 0941<br><br>Secured claim not entitled to any dividend pursuant to distribution provisions of bankruptcy code | $26,249.37<br>$0.00 | $0.00 | $0.00 |
| 13 | REAL TIME RESOLUTIONS, INC<br>1750 REGAL ROW SUITE 120<br>PO BOX 36655<br>DALLAS, TX 75235<br><br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>10/12/11 | 8897<br><br>Secured claim not entitled to any dividend pursuant to distribution provisions of bankruptcy code | $351,633.33<br>$0.00 | $0.00 | $0.00 |
| 25 | CITY OF AUSTIN POLICE RETIREMENT SYSTEM<br>2520 SOUTH I.H. 35, STE. 100<br><br>AUSTIN, TX 78704<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>04/13/12 | <br><br>Secured claim not entitled to any dividend pursuant to distribution provisions of bankruptcy code | $10,693,424.00<br>$0.00 | $0.00 | $0.00 |
| TTEEXP | JOSEPH B. ATKINS<br>3815 S. JONES BLVD., #5<br>LAS VEGAS, NV 89103<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>05/05/11 | | $483.90<br>$483.90 | $0.00 | $483.90 |
| TTEFEES | JOSEPH B. ATKINS<br>3815 S. JONES BLVD., #5<br>LAS VEGAS, NV 89103<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>05/05/11 | | $1,182.50<br>$1,182.50 | $0.00 | $1,182.50 |
| 18S | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  201 | Secured<br>02/24/12 | 2682 | $982,380.74<br>$982,380.74 | $0.00 | $982,380.74 |
| 18P | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>02/24/12 | 2682 | $35.08<br>$35.08 | $0.00 | $35.08 |
| 1 -2 | Bank of Nevada<br>c/o Gerrard Cox Larsen<br>2450 St. Rose Pkwy., Ste. 200<br>Henderson, NV 89074<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/02/11 | 0020 | $498,210.45<br>$498,210.45 | $0.00 | $498,210.45 |

# Court Claims Register

### Case: 11-16998-BAM    BLACK, ROBERT R

Claims Bar Date:   04/16/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | BENGOCHEA FAMILY LIMITED PARTNERSHIP<br>c/o KAJIOKA & BLOOMFIELD<br>8530 W. Charleston Boulevard, Suite 100<br>Las Vegas, NV 89117<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/16/11 | | $550,000.00<br>$550,000.00 | $0.00 | $550,000.00 |
| 4 | Investors Commercial Capital, LLC<br>Mark Schnippel<br>9960 W. Cheyenne Ave., Ste. 170<br>Las Vegas, NV 89129-7700<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/24/11 | | $2,159,888.60<br>$2,159,888.60 | $0.00 | $2,159,888.60 |
| 5 | Brad Hopper<br>7209 Gunfighter Lane<br>Blue Diamond, NV 89004<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/08/11 | | $260,000.00<br>$260,000.00 | $0.00 | $260,000.00 |
| 6 | Alan Levinson<br>BOB OLSEN<br>3773 HOWARD HUGHES PKWY, STE. 400N<br>LAS VEGAS, NV 89169<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/08/11 | | $90,000.00<br>$90,000.00 | $0.00 | $90,000.00 |
| 7 -2 | Bonnie Springs Family Limited Partnership<br>Bonnie Springs Old Nevada<br>One Gunfigher Lane<br>Old Nevada, NV 89004<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/08/11 | | $1,600,000.00<br>$1,600,000.00 | $0.00 | $1,600,000.00 |
| 8 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/13/11 | 6341 OR 8331 | $357.56<br>$357.56 | $0.00 | $357.56 |
| 9 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/13/11 | 8717 OR 7081 | $69,472.38<br>$69,472.38 | $0.00 | $69,472.38 |
| 10 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/15/11 | 5008 | $18,297.39<br>$18,297.39 | $0.00 | $18,297.39 |

# Court Claims Register

### Case: 11-16998-BAM      BLACK, ROBERT R

Claims Bar Date:  04/16/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | 1st Commerce Bank<br>200 N. Washington Square, Ste 310<br>Lansing, MI 48933<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/03/11 | 0400 | $1,356,015.74<br>$1,356,015.74 | $0.00 | $1,356,015.74 |
| 12 | Bank of Wynne<br>P O Box 129<br>Wynne, AR 72396<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/10/11 | 5351 | $1,053,169.03<br>$1,053,169.03 | $0.00 | $1,053,169.03 |
| 14 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/18/11 | 1443 OR 5875 | $1,889.53<br>$1,889.53 | $0.00 | $1,889.53 |
| 15 | BENGOCHEA FAMILY LIMITED PARTNERSHIP<br>c/o KAJIOKA & BLOOMFIELD<br>8530 W. Charleston Boulevard, Suite 100<br>Las Vegas, NV 89117<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/24/12 | DUPLICATE; WITHDRAWN BY CREDITOR | $550,000.00<br>$0.00 | $0.00 | $0.00 |
| 16 | BMW Financial Services NA, LLC<br>P.O. Box 3608<br>Dublin, OH 43016<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/07/12 | 3942 | $16,984.39<br>$16,984.39 | $0.00 | $16,984.39 |
| 17 | CAPITAL RECOVERY IV LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/13/12 | 4736<br>CHASE BANK (WAMU) | $13,499.20<br>$13,499.20 | $0.00 | $13,499.20 |
| 18U | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/24/12 | 2669 | $46,592.08<br>$46,592.08 | $0.00 | $46,592.08 |
| 19 | Clark County Credit Union<br>PO Box 36490<br>Las Vegas, NV 89133<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/09/12 | 4640 | $207,763.74<br>$207,763.74 | $0.00 | $207,763.74 |

# Court Claims Register

### Case: 11-16998-BAM    BLACK, ROBERT R

Claims Bar Date: 04/16/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 20 | Mark Plon MDPC Profit Sharing Plan and T<br>C/O Meier & Fine<br>2300 W. Sahara,Suite 430<br>Las Vegas, NV 89102<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/15/12 | 1111 | $3,085,305.31<br>$3,085,305.31 | $0.00 | $3,085,305.31 |
| 21 | HSBC BANK NEVADA, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/02/12 | 4456<br><br>NEIMANN MARCUS | $16,901.44<br>$16,901.44 | $0.00 | $16,901.44 |
| 22 | HSBC BANK NEVADA, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/02/12 | 7379<br><br>SAKS | $2,097.12<br>$2,097.12 | $0.00 | $2,097.12 |
| 23 | New Orleans Fire Fighters Pension and Relief Fund<br>Richard W. Martinez, APLC<br>228 St. Charles Ave., Suite 1310<br>New Orleans, LA 70130<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/13/12 | | $12,413,718.00<br>$12,413,718.00 | $0.00 | $12,413,718.00 |
| 24 | EMPLOYEES' RETIREMENT FUND CITY OF FORT WORTH<br>DBA FORT WORTH EMPLOYEES' RETIREMENT FUN<br>ATT: ROBERT HULME,3801 HULEN, SUITE 101<br>FORT WORTH, TX 76107<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/13/12 | | $5,563,821.30<br>$5,563,821.30 | $0.00 | $5,563,821.30 |
| 26 | FRS-LB, L.L.C.<br>C/O LOUISIANA FIREFIGHTERS RETIREMENT SY<br>ATTN: STEVEN STOCKSTILL,3100 BRENTWOOD D<br>BATON ROUGH, LA 70809<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/13/12 | | $27,447,965.00<br>$27,447,965.00 | $0.00 | $27,447,965.00 |
| 27 | Registrars of Votors Employees' Retirement System<br>c/o Denice Nelson Akers,Akers & Wisbor,<br>LLC,8280 YMCA Plaza Blvd., Bldg. 8-C<br>Baton Rouge, LA 70810<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/16/12 | | $2,746,372.00<br>$2,746,372.00 | $0.00 | $2,746,372.00 |

# Court Claims Register

**Case: 11-16998-BAM        BLACK, ROBERT R**

Claims Bar Date: 04/16/12

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 28 | MEREC, LLC<br>c/o Denise Akers, Akers & Wisbar, LLC, 8280 YMCA Plaza Dr., Bldg. 8-C<br>Baton Rouge, LA 70810<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;, 610 | Unsecured<br>04/16/12 | | $30,613,629.00<br>$30,613,629.00 | $0.00 | $30,613,629.00 |
| 29 | HOWARD & SHERRI HUGHES FAMILY TRUST<br>5853 REBECCA ROAD<br>LAS VEGAS, NV 89130<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;, 610 | Unsecured<br>04/16/12 | | $200,000.00<br>$200,000.00 | $0.00 | $200,000.00 |
| | | | **Case Total:** | | $0.00 | $91,016,031.48 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-16998-BAM
Case Name: BLACK, ROBERT R
Trustee Name: Joseph B. Atkins, Trustee

**Balance on hand:** $ 4,700.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 18S | Internal Revenue Service | 982,380.74 | 982,380.74 | 0.00 | 3,033.60 |

Total to be paid to secured creditors: $ 3,033.60
Remaining balance: $ 1,666.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH B. ATKINS | 1,182.50 | 0.00 | 1,182.50 |
| Trustee, Expenses - JOSEPH B. ATKINS | 483.90 | 0.00 | 483.90 |

Total to be paid for chapter 7 administration expenses: $ 1,666.40
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $35.08 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18P | Internal Revenue Service | 35.08 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 90,031,949.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Bank of Nevada | 498,210.45 | 0.00 | 0.00 |
| 3 | BENGOCHEA FAMILY LIMITED PARTNERSHIP | 550,000.00 | 0.00 | 0.00 |
| 4 | Investors Commercial Capital, LLC | 2,159,888.60 | 0.00 | 0.00 |
| 5 | Brad Hopper | 260,000.00 | 0.00 | 0.00 |
| 6 | Alan Levinson | 90,000.00 | 0.00 | 0.00 |
| 7 -2 | Bonnie Springs Family Limited Partnership | 1,600,000.00 | 0.00 | 0.00 |
| 8 | FIA CARD SERVICES, N.A. | 357.56 | 0.00 | 0.00 |
| 9 | FIA CARD SERVICES, N.A. | 69,472.38 | 0.00 | 0.00 |
| 10 | AMERICAN EXPRESS BANK FSB | 18,297.39 | 0.00 | 0.00 |
| 11 | 1st Commerce Bank | 1,356,015.74 | 0.00 | 0.00 |
| 12 | Bank of Wynne | 1,053,169.03 | 0.00 | 0.00 |
| 14 | Capital One Bank (USA), N.A. | 1,889.53 | 0.00 | 0.00 |
| 16 | BMW Financial Services NA, LLC | 16,984.39 | 0.00 | 0.00 |
| 17 | CAPITAL RECOVERY IV LLC | 13,499.20 | 0.00 | 0.00 |
| 18U | Internal Revenue Service | 46,592.08 | 0.00 | 0.00 |
| 19 | Clark County Credit Union | 207,763.74 | 0.00 | 0.00 |
| 20 | Mark Plon MDPC Profit Sharing Plan and T | 3,085,305.31 | 0.00 | 0.00 |
| 21 | HSBC BANK NEVADA, N.A. | 16,901.44 | 0.00 | 0.00 |
| 22 | HSBC BANK NEVADA, N.A. | 2,097.12 | 0.00 | 0.00 |
| 23 | New Orleans Fire Fighters Pension and Relief Fund | 12,413,718.00 | 0.00 | 0.00 |
| 24 | EMPLOYEES' RETIREMENT FUND CITY OF FORT WORTH | 5,563,821.30 | 0.00 | 0.00 |
| 26 | FRS-LB, L.L.C. | 27,447,965.00 | 0.00 | 0.00 |
| 27 | Registrars of Votors Employees' Retirement System | 2,746,372.00 | 0.00 | 0.00 |
| 28 | MEREC, LLC | 30,613,629.00 | 0.00 | 0.00 |
| 29 | HOWARD & SHERRI HUGHES FAMILY TRUST | 200,000.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**